1  JAMES A. McDEVITT
   United States Attorney
2  WILLIAM H. BEATTY
   Assistant United States Attorney
3  P.O. Box 1494
   Spokane, Washington 99210-1494
4  Telephone: (509) 353-2767
   Fax: (509) 353-2766
5

6              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
7
   UNITED STATES OF AMERICA,           )
8                                       )   NO. CV-05-217-EFS
                  Plaintiff,            )
9                                       )   JUDGMENT AND DECREE
      vs.                               )   OF FORECLOSURE
10                                      )
   Sam E. Davis and Deborah J. Davis,  )
11 Husband and Wife,                    )
                                        )
12                Defendants.           )
13

      Plaintiff's Application for Judgment and Decree of Foreclosure upon Order

14 of Default having come on for consideration; the defendants Sam E. Davis and

15 Deborah J. Davis, husband and wife, being in default and their default having

16 been entered; and the Court being fully advised in the premises,

17    IT IS ORDERED, ADJUDGED, and DECREED as follows:

18                              I.

19    Plaintiff is awarded judgment against defendants Sam E. Davis and Deborah

20 J. Davis, husband and wife, both individually and the community composed of

21 them, in the amount of $577,507.73 ($420,901.18 principal and $156,606.55

22 interest accrued through February 22, 2005), plus interest at the rate of $77.6097

23 per day from and after February 22, 2005, to the date of judgment; plus interest

24 from the date of judgment at the legal rate until paid in full; plus the costs of suit,

25 including the filing fee allowed pursuant to 28 USC § 2412(a)(2).

26

27

28 JUDGMENT AND DECREE OF FORECLOSURE - 1
   [F51128kd.WBsamdavis]

II.

The debt upon which this judgment is based is secured and perfected by the following:

(1)     A real estate mortgage recorded September 3, 1998, under Auditor's File No. 869785, Official Records of Okanogan County, Washington.

(2)     A real estate mortgage recorded May 21, 1998, under Auditor's File No. 865798, Official Records of Okanogan County, Washington.

(3)     A real estate mortgage recorded February 2, 1999, under Auditor's File No. 3005484, Official Records of Okanogan County, Washington.

(4)     An Assignment of Note and Mortgage recorded June 14, 2001, as Instrument No. 3035127, Official Records of Okanogan County, Washington.

(5)     An Assignment of Note and Mortgage recorded June 14, 2001, as Auditor's File No. 3035125, Official Records of Okanogan County, Washington.

(6)     Security agreements executed by defendants on February 20, 1997, January 27, 1998, and January 6, 1999, covering crops, proceeds therefrom, accounts, contract rights and general intangibles;

(7)     A financing statement filed for record on February 20, 1997 as Instrument No. 97-051-0300, Official Records of Washington State Department of Licensing;

(8)     A continuation statement filed for record on December 3, 2001, as Instrument No. 2001-362-3446-5, Official Records of Washington State Department of Licensing;

(9)     A financing statement recorded May 21, 1998, as Instrument No. 865797, Official Records of Okanogan County, Washington;

(10)    An assignment of the May 21, 1998 financing statement to Plaintiff recorded June 14, 2001, as Instrument No. 3035124, Official Records of

JUDGMENT AND DECREE OF FORECLOSURE - 2
[F51128kd.WBsamdavis]

1  Okanogan County, Washington;

2       (11)  A financing statement recorded September 3, 1999, as Instrument

3  No. 869783, Official Records of Okanogan County, Washington;

4       (12)  An assignment of that financing statement to Plaintiff recorded

5  June 14, 2001, as Instrument No. 3035126, Official Records of Okanogan

6  County, Washington; and

7       (13)  A financing statement recorded February 23, 2005, as Instrument

8  No. 3085776, Official Records of Okanogan County, Washington.

9  III.

10  The foregoing real estate mortgages, security agreements, and financing

11  statements cover the following described property situated in Okanogan County,

12  State of Washington:

13  REAL PROPERTY

14  See Exhibit A attached.

15  FIXTURES

16  All wind machines and irrigation equipment including, but not limited to
pumps, main lines, sprinkler pipes, and attachments located on the real property
17  described in Exhibit A.

18  IV.

19  Said real estate mortgages, security agreements, and financing statements,

20  which constitute first and prior liens upon the property described therein, are

21  hereby foreclosed and defendants Sam E. Davis and Deborah J. Davis, husband

22  and wife, both individually and the community composed of them, and all

23  persons claiming by, through or under them are forever barred and foreclosed

24  from asserting any right, title, or interest in and to said property, except for the

25  statutory rights of redemption allowed by the laws of the State of Washington,

26  and said property is hereby ordered sold in the manner provided by law with the

27

28  JUDGMENT AND DECREE OF FORECLOSURE - 3
[F51128kd.WBsamdavis]

1 proceeds of such sale to be applied to the expenses thereof, and then in

2 satisfaction of the sums adjudged to be due plaintiff herein.

V.

4 Any party to this suit may become a purchaser at such sale.

VI.

6 The plaintiff shall not have a deficiency judgment in the event the sum

7 received from the sale is insufficient to pay the judgment in full.

8 DATED this ___28th___ day of ___December_____, 2006.

s/ Edward F. Shea
_____
EDWARD F. SHEA
United States District Judge

Presented by:

JAMES A. McDEVITT
United States Attorney

s/ William H. Beatty
WILLIAM H. BEATTY
Assistant U.S. Attorney
Attorney for Plaintiff
USA-WAE-WBeatty

JUDGMENT AND DECREE OF FORECLOSURE - 4
[F51128kd.WBsamdavis]



PARCEL "A":

The South half of the South half of the Northeast quarter of the Southeast quarter of Section 20, Township 37 North, Range 27, E.W.M., Okanogan County, Washington, EXCEPTING THEREFROM the following: Commencing at the Southeast corner of said subdivision, thence N. 89 deg. 28' 48" W., along the South line thereof, a distance of 949.14 feet to the true point of beginning; Thence continuing N. 89 deg. 28' 48" W., a distance of 324.87 feet to the Easterly right of way of County Road No. 3917; Thence along said right of way, N. 0 deg. 22' 51" E., a distance of 329.92 feet to the North line of said subdivision; Thence along said North line. S. 89 deg. 28' 48" E., a distance of 324.87 feet, thence S. 0 deg. 22' 51" W., a distance of 329.92 feet to the point of beginning.

PARCEL "B":

A parcel of land lying within the North half of the South half of the Northeast quarter of the Southeast quarter of Section 20, Township 37 North, Range 27. E.W.M., Okanogan County, Washington, more particularly described as follows: Commencing at the Southeast corner of said subdivision, and being the true point of beginning. Thence N. 89 deg. 28'48" W., along the South line thereof a distance of 949.14 feet, thence N. 0 deg. 22' 51" E., a distance of 329.92 feet to the North line of said subdivision, thence S. 89 deg. 28' 48" E., along said North line, a distance of 292.13 feet to the Northwest corner of the North half of the Southeast quarter of the Northeast quarter of the Southeast quarter of said Section 20; Thence S. 0 deg. 22' 51" W., a distance of 15.0 feet, thence S. 89 deg. 28'48" E., a distance of 657.01 feet, thence S. 0 deg. 22' 51" W., a distance of 314.92 feet to the point of beginning.

PARCEL "C":

All that portion of the West half of the Southwest quarter lying West of Okanogan County Road No. 3923, in Section 21, Township 37 North, Range 27 E.W.M. Okanogan County, Washington.

EXHIBIT A