JAMES A. McDEVITT
United States Attorney
FRANK A. WILSON
First Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767
Fax: (509) 353-2766

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Sam E. Davis and Deborah J. Davis, Husband and Wife,

    Defendants.

NO. CV-05-217-EFS

ORDER CONFIRMING SALE

THIS MATTER came on regularly for hearing upon motion of the United States of America for an order confirming the U.S. Marshal's sale of the property that is the subject of this mortgage foreclosure action. The record reflects that notice of the sale was duly given by posting and publishing in the form and manner required by law, and that the property so sold is situated in Okanogan County, in the State of Washington and is more particularly described as:

REAL PROPERTY

See Exhibit A attached.

The record also reflects that (a) on May 19, 2006, all right, title and interest of the defendants, and each of them, in and to the said property was sold by the said Marshal to the United States of America; (b) the Marshal properly made and filed his Return of Sale on the 31st day of May, 2006; (c) the Clerk properly mailed notice of the filing of the return of sale to all parties who have entered a written notice of appearance and who had not had an order of default entered

ORDER CONFIRMING SALE - 1
[F60628kd.FAWsdavis]

against them; (d) more than twenty (20) days having elapsed since mailing of the notice of filing of said return, and (e) no objections or exceptions were made or filed to said sale and return. Therefore, in consideration of the foregoing, and the Court being otherwise fully advised,

**IT IS HEREBY ORDERED** that said sale by said Marshal to the United States of America on the 19th day of May, and all proceedings had in respect thereto be, and the same are, approved and confirmed.

DATED this __7th__ day of __July__, 2006.

                                  s/ Edward F. Shea
                                  EDWARD F. SHEA
                                  United States District Judge

PRESENTED BY:

JAMES A. McDEVITT
United States Attorney

s/ Frank A. Wilson
Frank A. Wilson
First Assistant United States Attorney
Attorney for Plaintiff
United States Attorney's Office
Post Office Box 1494
Spokane, Washington 99210-1494
(509) 353-2767(Tel)
(509) 353-2766(Fax)
USA-WAE-FWilson

ORDER CONFIRMING SALE - 2
[F60628kd.FAWsdavis]

PARCEL "A":

The South half of the South half of the Northeast quarter of the Southeast quarter of Section 20, Township 37 North, Range 27, E.W.M., Okanogan County, Washington, EXCEPTING THEREFROM the following: Commencing at the Southeast corner of said subdivision, thence N. 89 deg. 28' 48" W., along the South line thereof, a distance of 949.14 feet to the true point of beginning; Thence continuing N. 89 deg. 28' 48" W., a distance of 324.87 feet to the Easterly right of way of County Road No. 3917; Thence along said right of way, N. 0 deg. 22' 51" E., a distance of 329.92 feet to the North line of said subdivision; Thence along said North line. S. 89 deg. 28' 48" E., a distance of 324.87 feet, thence S. 0 deg. 22' 51" W., a distance of 329.92 feet to the point of beginning.

PARCEL "B":

A parcel of land lying within the North half of the South half of the Northeast quarter of the Southeast quarter of Section 20, Township 37 North, Range 27. E.W.M., Okanogan County, Washington, more particularly described as follows: Commencing at the Southeast corner of said subdivision, and being the true point of beginning. Thence N. 89 deg. 28'48" W., along the South line thereof a distance of 949.14 feet, thence N. 0 deg. 22' 51" E., a distance of 329.92 feet to the North line of said subdivision, thence S. 89 deg. 28' 48" E., along said North line, a distance of 292.13 feet to the Northwest corner of the North half of the Southeast quarter of the Northeast quarter of the Southeast quarter of said Section 20; Thence S. 0 deg. 22' 51" W., a distance of 15.0 feet, thence S. 89 deg. 28'48" E., a distance of 657.01 feet, thence S. 0 deg. 22' 51" W., a distance of 314.92 feet to the point of beginning.

PARCEL "C":

All that portion of the West half of the Southwest quarter lying West of Okanogan County Road No. 3923, in Section 21, Township 37 North, Range 27 E.W.M. Okanogan County, Washington.

EXHIBIT A